**Order entered March 9, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00324-CR
No. 05-20-00325-CR

**BRUCE HOPKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 32833CR & 32834CR**

### ORDER

Appellant, who was convicted of two offenses of aggravated sexual assault of a child younger than fourteen years of age, filed a brief in which he identifies the victim by name while quoting the record. This Court does not allow a party to file a brief that discloses the names of victims or the names of witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices,

must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined. Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.*").  Accordingly, we **STRIKE** appellant's briefs.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, amended briefs that identify any individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrew Bench, Presiding Judge, 196th Judicial District Court; Toby Wilkinson; and the Hunt County District Attorney's Office.

.

/s/ DAVID J. SCHENCK
PRESIDING JUSTICE